## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Hon. A. Benjamin Goldgar |
| Mission Bay Multisports, Inc. | ) | No. 09 B 00029 |
| | ) | |
| | ) | Hearing Date: February 18, 2009 |
| Debtors. | ) | Hearing Time: 9:30 a.m. |

### ORDER APPROVING TRUSTEE'S SALE OF PERSONAL PROPERTY

This matter coming to be heard on motion of Richard M. Fogel, not individually, but as the chapter 7 trustee (the "Trustee") for the estate of Mission Bay Multisports, Inc. (the "Debtor") for approval of a proposed sale of personal property and related relief (the "Motion")[1], all as more particularly set forth therein, no objections having been filed or raised, the Court being fully advised in the premises of the Motion and finding that adequate and proper notice has been given to creditors and parties in interest under the circumstances; and the Court being advised in the premises of the Motion:

**IT IS ORDERED:**

1.  The Motion is granted and the Trustee is hereby authorized to sell the Property at the Auction on February 20, 2009 at 10:00 a.m. at the Premises.

2.  The Property shall be transferred to the highest cash bidder at the Auction, free and clear of any and all liens, claims and encumbrances, pursuant to the provisions of 11 U.S.C. § 363 (f)(4).

3.  The lien of the Secured Creditors shall attach to the proceeds of sale of the

---

[1] Capitalized terms not identified in the Order shall have the meaning ascribed to them in the Motion.

{6892 ORD A0224617.DOC}

Property, subject to further determination by the Court as to the validity and amount of the claim.

4.  The Trustee is authorized to execute all necessary or appropriate documents in connection with the Auction and shall file a Report of Sale with the Court that identifies the winning bidder and the sale price.

ENTER:

Dated: **1 8 FEB 2009**

Hon. A. Benjamin Goldgar
United States Bankruptcy Judge

Order Prepared By:
Richard M. Fogel (#3127114)
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
Telephone: (312) 276-1334

{6892 ORD A0224617.DOC}2