# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 09-00029 ABG  
**Case Name:** MISSION BAY MULTISPORTS, INC.  
**Period Ending:** 12/31/09

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 01/02/09 (f)  
**§341(a) Meeting Date:** 02/09/09  
**Claims Bar Date:** 05/13/09

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | Unknown | 0.00 | | 99.99 | FA |
| 2 | Claim against Gervais & Linnemann | 247,970.25 | 0.00 | | 0.00 | 0.00 |
| 3 | Claim against Mission Bay Ski & Bike, Inc. | 223,956.86 | 0.00 | | 0.00 | 0.00 |
| 4 | Office equipment | 1.00 | Unknown | | 0.00 | Unknown |
| 5 | Inventory | 1.00 | Unknown | | 60,000.00 | FA |
| 6 | Accounts receivable (u) | 0.00 | Unknown | | 1,792.00 | Unknown |
| 7 | Refunds (u) | Unknown | 0.00 | | 706.98 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 22.79 | Unknown |
| 8Assets | Totals (Excluding unknown values) | $471,929.11 | $0.00 | | $62,621.76 | $0.00 |

**Major Activities Affecting Case Closing:**  
Completion of income tax returns and preparation of final report

**Initial Projected Date Of Final Report (TFR):** December 31, 2010 **Current Projected Date Of Final Report (TFR):** June 30, 2010

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 09-00029 ABG | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | MISSION BAY MULTISPORTS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****43-65 - Money Market Account |
| Taxpayer ID #: | 75-3259964 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/09 | | Separate Bond: | N/A |

Page: 1

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/19/09 | {6} | EDGAR WEATHERSBY | Layaway sale | 1221-000 | 1,792.00 | | 1,792.00 |
| 01/20/09 | {1} | RICHARD FOGEL, TRUSTEE | Petty cash on premises | 1129-000 | 99.99 | | 1,891.99 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 1,892.01 |
| 02/13/09 | | To Account #*********4366 | Post-petition utilities | 9999-000 | | 46.39 | 1,845.62 |
| 02/18/09 | | To Account #*********4366 | Post-petition utilities | 9999-000 | | 251.26 | 1,594.36 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,594.42 |
| 03/06/09 | | QUALITY BICYCLE PRODUCTS | Credit memo | 1229-000 | 174.00 | | 1,768.42 |
| 03/10/09 | {7} | COM ED | Refund of security deposit | 1229-000 | 428.05 | | 2,196.47 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,196.55 |
| 04/01/09 | | To Account #*********4366 | Bond Premium | 9999-000 | | 64.32 | 2,132.23 |
| 04/13/09 | | To Account #*********4366 | Court reporter | 9999-000 | | 243.00 | 1,889.23 |
| 04/30/09 | {7} | COMMONWEALTH EDISON | Refund of security deposit | 1229-000 | 104.93 | | 1,994.16 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,994.24 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,994.31 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,994.39 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,994.47 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,994.55 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,994.63 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,994.71 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,994.79 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,994.87 |

| | Subtotals | $2,599.84 | $604.97 |
|---|---|---|---|

{} Asset references(s)

Printed: 01/13/2010 09:23 AM    V.11.54

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-00029 ABG |
| **Case Name:** | MISSION BAY MULTISPORTS, INC. |
| **Taxpayer ID #:** | 75-3259964 |
| **Period Ending:** | 12/31/09 |
| **Trustee:** | RICHARD M. FOGEL (330720) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | \*\*\*-\*\*\*\*\*\*43-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | ACCOUNT TOTALS | | 2,599.84 | 604.97 | $1,994.87 |
| | | | Less: Bank Transfers | | 0.00 | 604.97 | |
| | | | Subtotal | | 2,599.84 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2,599.84 | $0.00 | |

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 09-00029 ABG | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|
| Case Name: | MISSION BAY MULTISPORTS, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****43-66 - Checking Account |
| Taxpayer ID #: | 75-3259964 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/09 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/13/09 | | From Account #********4365 | Post-petition utilities | 9999-000 | 46.39 | | 46.39 |
| 02/13/09 | 101 | Commonwealth Edison | Post-petition utilities- Acct. 4131164035 | 2420-000 | | 46.39 | 0.00 |
| 02/18/09 | | From Account #********4365 | Post-petition utilities | 9999-000 | 251.26 | | 251.26 |
| 02/20/09 | {5} | ALL THE WAY MULTISPORT INC. | Earnest money deposit- held pending auction sale | 1129-000 | 3,000.00 | | 3,251.26 |
| 02/20/09 | {5} | ALL THE WAY MULTISPORT INC | Balance of purchase price- per o/c 2-18-2009 | 1129-000 | 57,000.00 | | 60,251.26 |
| 02/20/09 | 102 | COMMONWEALTH EDISON | Post-petition utilities- Acct 4131164035 | 2420-000 | | 46.49 | 60,204.77 |
| 02/20/09 | 103 | COMMONWEALTH EDISON | Post-petition utilities- Acct. No. 4131165050 | 2420-000 | | 204.77 | 60,000.00 |
| 02/26/09 | | MISSION BAY | Transfer to MMA | 9999-000 | | 60,000.00 | 0.00 |
| 04/01/09 | | From Account #********4365 | Bond Premium | 9999-000 | 64.32 | | 64.32 |
| 04/02/09 | | From Account #********4367 | Payment of administrative expenses | 9999-000 | 8,259.12 | | 8,323.44 |
| 04/02/09 | 104 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 64.32 | 8,259.12 |
| 04/03/09 | 105 | Park Properties Real Estate, Inc. | Use and occupancy | 2410-000 | | 5,759.12 | 2,500.00 |
| 04/03/09 | 106 | Barry Hurwitz and Howard Hurtwitz | Sales Agent Services | 2500-000 | | 2,500.00 | 0.00 |
| 04/13/09 | | From Account #********4365 | Court reporter | 9999-000 | 243.00 | | 243.00 |
| 04/15/09 | 107 | ROMAY CORPORATION | COURT REPORT/TRANSCRIPT - 341 MEETING | 2990-000 | | 243.00 | 0.00 |
| 12/14/09 | | From Account #********4367 | Account Transfer | 9999-000 | 4,817.08 | | 4,817.08 |
| 12/17/09 | 108 | ALAN D. LASKO & ASSOCIATES, P.C. | Accountants fees and expenses- per o/c 12-14-09 | | | 4,817.08 | 0.00 |
| | | | Accountants fees | 3410-000 | | 4,803.80 | |
| | | | Accountants expenses | 3420-000 | | 13.28 | |

Subtotals: $73,681.17  $73,681.17

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-00029 ABG
**Case Name:** MISSION BAY MULTISPORTS, INC.
**Taxpayer ID #:** 75-3259964
**Period Ending:** 12/31/09

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*43-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | 73,681.17 | 73,681.17 | $0.00 |
| | | | **ACCOUNT TOTALS** | | 13,681.17 | 60,000.00 | |
| | | | Less: Bank Transfers | | 60,000.00 | 13,681.17 | |
| | | | **Subtotal** | | | 0.00 | |
| | | | Less: Payments to Debtors | | | | |
| | | | **NET Receipts / Disbursements** | | $60,000.00 | $13,681.17 | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-00029 ABG
**Case Name:** MISSION BAY MULTISPORTS, INC.
**Taxpayer ID #:** 75-3259964
**Period Ending:** 12/31/09

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****43-67 - MMA- Proceeds of sale
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/26/09 | | MISSION BAY | Transfer from checking | 9999-000 | 60,000.00 | | 60,000.00 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 60,000.08 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.61 | | 60,002.69 |
| 04/02/09 | | To Account #**********4366 | Payment of administrative expenses | 9999-000 | | 8,259.12 | 51,743.57 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.12 | | 51,745.69 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.04 | | 51,747.73 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.25 | | 51,749.98 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.18 | | 51,752.16 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.18 | | 51,754.34 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.11 | | 51,756.45 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.11 | | 51,758.56 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.18 | | 51,760.74 |
| 12/14/09 | | To Account #**********4366 | Account Transfer | 9999-000 | | 4,817.08 | 46,943.66 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.06 | | 46,945.72 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 60,021.92 | 13,076.20 |
| Less: Bank Transfers | 60,000.00 | 13,076.20 |
| **Subtotal** | 21.92 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$21.92** | **$0.00** |

$46,945.72

{} Asset reference(s)

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-00029 ABG
**Case Name:** MISSION BAY MULTISPORTS, INC.
**Taxpayer ID #:** 75-3259964
**Period Ending:** 12/31/09

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*\*43-67 - MMA- Proceeds of sale
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*43-65 | 2,599.84 | 0.00 | 1,994.87 |
| Checking # \*\*\*-\*\*\*\*\*43-66 | 60,000.00 | 13,681.17 | 0.00 |
| MMA # \*\*\*-\*\*\*\*\*\*43-67 | 21.92 | 0.00 | 46,945.72 |
| **TOTAL - ALL ACCOUNTS** | **$62,621.76** | **$13,681.17** | **$48,940.59** |

{} Asset reference(s)

Printed: 01/13/2010 09:23 AM V.11.54