**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MISSION BAY MULTISPORTS, INC. § Case No. 09-00029
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 02, 2009. The undersigned trustee was appointed on January 09, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $           62,646.72

  Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 21,443.18 |
| Bank service fees | 342.70 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 40,860.84 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/13/2009 and the deadline for filing governmental claims was 05/13/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,382.34. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,382.34, for a total compensation of $6,382.34.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $44.21, for total expenses of $44.21.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/07/2011        By: /s/RICHARD M. FOGEL
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-00029  
**Case Name:** MISSION BAY MULTISPORTS, INC.

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 01/02/09 (f)  
**§341(a) Meeting Date:** 02/09/09  
**Claims Bar Date:** 05/13/09

**Period Ending:** 11/07/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Cash on hand | Unknown | 0.00 | DA | 99.99 | FA |
| 2   Claim against Gervais & Linnemann  (See Footnote) | 247,970.25 | 0.00 | DA | 0.00 | FA |
| 3   Claim against Mission Bay Ski & Bike, Inc.  (See Footnote) | 223,956.86 | 0.00 | DA | 0.00 | FA |
| 4   Office equipment  (See Footnote) | 1.00 | Unknown | DA | 0.00 | FA |
| 5   Inventory  (See Footnote) | 1.00 | Unknown |  | 60,000.00 | FA |
| 6   Accounts receivable  (u)  (See Footnote) | 0.00 | Unknown | DA | 1,792.00 | FA |
| 7   Refunds  (u)  (See Footnote) | Unknown | Unknown | DA | 706.98 | FA |
| Int   INTEREST  (u) | Unknown | N/A |  | 47.75 | Unknown |
| **8   Assets   Totals** (Excluding unknown values) | **$471,929.11** | **$0.00** |  | **$62,646.72** | **$0.00** |

RE PROP# 2    Claim belonged to Mission Bay SKI & Bike, Inc. and was settled per o/c 3-10-2010  
RE PROP# 3    Mission Bay Ski & Bike, Inc. has offsetting claim against debtor  
RE PROP# 4    Office equipment had no liquidation value  
RE PROP# 5    Sold at public auction sale per o/c 2-20-09  
RE PROP# 6    Recovered via mail forwarding order  
RE PROP# 7    Recovered via mail forwarding order  

**Major Activities Affecting Case Closing:**

Completion of income tax returns and preparation of final report  
Trustee contemplating motion to substantively consolidate with Mission Bay Ski & Bike, Inc.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010    **Current Projected Date Of Final Report (TFR):**    June 30, 2012

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-00029 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | MISSION BAY MULTISPORTS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****43-65 - Money Market Account |
| Taxpayer ID #: | **-***9964 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/07/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/19/09 | {6} | EDGAR WEATHERSBY | Layaway sale | 1221-000 | 1,792.00 | | 1,792.00 |
| 01/20/09 | {1} | RICHARD FOGEL, TRUSTEE | Petty cash on premises | 1129-000 | 99.99 | | 1,891.99 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 1,892.01 |
| 02/13/09 | | To Account #********4366 | Post-petition utilities | 9999-000 | | 46.39 | 1,845.62 |
| 02/18/09 | | To Account #********4366 | Post-petition utilities | 9999-000 | | 251.26 | 1,594.36 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,594.42 |
| 03/06/09 | {7} | QUALITY BICYCLE PRODUCTS | Credit memo | 1229-000 | 174.00 | | 1,768.42 |
| 03/10/09 | {7} | COM ED | Refund of security deposit | 1229-000 | 428.05 | | 2,196.47 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,196.55 |
| 04/01/09 | | To Account #********4366 | Bond Premium | 9999-000 | | 64.32 | 2,132.23 |
| 04/13/09 | | To Account #********4366 | Court reporter | 9999-000 | | 243.00 | 1,889.23 |
| 04/30/09 | {7} | COMMONWEALTH EDISON | Refund of security deposit | 1229-000 | 104.93 | | 1,994.16 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,994.24 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,994.31 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,994.39 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,994.47 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,994.55 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,994.63 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,994.71 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,994.79 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,994.87 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,994.94 |
| 02/10/10 | | To Account #********4366 | Account Transfer | 9999-000 | | 42.34 | 1,952.60 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,952.67 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,952.75 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 1,952.76 |
| 04/06/10 | | Wire out to BNYM account 9200******4365 | Wire out to BNYM account 9200******4365 | 9999-000 | -1,952.76 | | 0.00 |
| | | | ACCOUNT TOTALS | | 647.31 | 647.31 | $0.00 |
| | | | Less: Bank Transfers | | -1,952.76 | 647.31 | |
| | | | **Subtotal** | | **2,600.07** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,600.07** | **$0.00** | |

{} Asset reference(s)

Printed: 11/07/2011 08:44 AM    V.12.57

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-00029  
**Case Name:** MISSION BAY MULTISPORTS, INC.  

**Taxpayer ID #:** **-***9964  
**Period Ending:** 11/07/11  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****43-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/13/09 |  | From Account #********4365 | Post-petition utilities | 9999-000 | 46.39 |  | 46.39 |
| 02/13/09 | 101 | Commonwealth Edison | Post-petition utilities- Acct. 4131164035 | 2420-000 |  | 46.39 | 0.00 |
| 02/18/09 |  | From Account #********4365 | Post-petition utilities | 9999-000 | 251.26 |  | 251.26 |
| 02/20/09 | {5} | ALL THE WAY MULTISPORT INC. | Earnest money deposit- held pending auction sale | 1129-000 | 3,000.00 |  | 3,251.26 |
| 02/20/09 | {5} | ALL THE WAY MULTISPORT INC | Balance of purchase price- per o/c 2-18-2009 | 1129-000 | 57,000.00 |  | 60,251.26 |
| 02/20/09 | 102 | COMMONWEALTH EDISON | Post-petition utilities- Acct 4131164035 | 2420-000 |  | 46.49 | 60,204.77 |
| 02/20/09 | 103 | COMMONWEALTH EDISON | Post-petition utilities- Acct. No. 4131165050 | 2420-000 |  | 204.77 | 60,000.00 |
| 02/26/09 |  | MISSION BAY | Transfer to MMA | 9999-000 |  | 60,000.00 | 0.00 |
| 04/01/09 |  | From Account #********4365 | Bond Premium | 9999-000 | 64.32 |  | 64.32 |
| 04/02/09 |  | From Account #********4367 | Payment of administrative expenses | 9999-000 | 8,259.12 |  | 8,323.44 |
| 04/02/09 | 104 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 |  | 64.32 | 8,259.12 |
| 04/03/09 | 105 | Park Properties Real Estate, Inc. | Use and occupancy | 2410-000 |  | 5,759.12 | 2,500.00 |
| 04/03/09 | 106 | Barry Hurwitz and Howard Hurtwitz | Sales Agent Services | 2500-000 |  | 2,500.00 | 0.00 |
| 04/13/09 |  | From Account #********4365 | Court reporter | 9999-000 | 243.00 |  | 243.00 |
| 04/15/09 | 107 | ROMAY CORPORATION | COURT REPORT/TRANSCRIPT - 341 MEETING | 2990-000 |  | 243.00 | 0.00 |
| 12/14/09 |  | From Account #********4367 | Account Transfer | 9999-000 | 4,817.08 |  | 4,817.08 |
| 12/17/09 | 108 | ALAN D. LASKO & ASSOCIATES, P.C. | Accountants fees and expenses- per o/c 12-14-09 |  |  | 4,817.08 | 0.00 |
|  |  |  | Accountants fees        4,803.80 | 3410-000 |  |  | 0.00 |
|  |  |  | Accountants expenses        13.28 | 3420-000 |  |  | 0.00 |
| 02/10/10 |  | From Account #********4365 | Account Transfer | 9999-000 | 42.34 |  | 42.34 |
| 02/10/10 | 109 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 |  | 42.34 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 73,723.51 | 73,723.51  $0.00 |
| Less: Bank Transfers | 13,723.51 | 60,000.00 |
| **Subtotal** | **60,000.00** | **13,723.51** |
| Less: Payments to Debtors |  | 0.00 |
| **NET Receipts / Disbursements** | **$60,000.00** | **$13,723.51** |

{} Asset reference(s)

Printed: 11/07/2011 08:44 AM    V.12.57

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-00029 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | MISSION BAY MULTISPORTS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****43-67 - MMA- Proceeds of sale |
| Taxpayer ID #: | **-***9964 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 11/07/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/26/09 | | MISSION BAY | Transfer from checking | 9999-000 | 60,000.00 | | 60,000.00 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 60,000.08 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.61 | | 60,002.69 |
| 04/02/09 | | To Account #********4366 | Payment of administrative expenses | 9999-000 | | 8,259.12 | 51,743.57 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.12 | | 51,745.69 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.04 | | 51,747.73 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.25 | | 51,749.98 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.18 | | 51,752.16 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.18 | | 51,754.34 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.11 | | 51,756.45 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.11 | | 51,758.56 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.18 | | 51,760.74 |
| 12/14/09 | | To Account #********4366 | Account Transfer | 9999-000 | | 4,817.08 | 46,943.66 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.06 | | 46,945.72 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.85 | | 46,947.57 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.78 | | 46,949.35 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.10 | | 46,951.45 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.31 | | 46,951.76 |
| 04/06/10 | | Wire out to BNYM account 9200******4367 | Wire out to BNYM account 9200******4367 | 9999-000 | -46,951.76 | | 0.00 |
| | | | ACCOUNT TOTALS | | 13,076.20 | 13,076.20 | $0.00 |
| | | | Less: Bank Transfers | | 13,048.24 | 13,076.20 | |
| | | | **Subtotal** | | 27.96 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$27.96** | **$0.00** | |

{} Asset reference(s)                                                                                                                  Printed: 11/07/2011 08:44 AM   V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-00029 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | MISSION BAY MULTISPORTS, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******43-65 - Money Market Account |
| Taxpayer ID #: | **-***9964 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/07/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4365 | Wire in from JPMorgan Chase Bank, N.A. account ********4365 | 9999-000 | 1,952.76 | | 1,952.76 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 1,952.85 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.11 | | 1,952.96 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.12 | | 1,953.08 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.11 | | 1,953.19 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.12 | | 1,953.31 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,953.32 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,953.33 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,953.34 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,953.35 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,953.36 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,953.37 |
| 03/17/11 | | From Account #9200******4367 | Account Transfer- consolidate funds | 9999-000 | 45,509.04 | | 47,462.41 |
| 03/17/11 | | To Account #9200******4366 | Bond Premium | 9999-000 | | 37.51 | 47,424.90 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 47,425.08 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 47,425.46 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 47,425.85 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 47,426.23 |
| 07/13/11 | | To Account #9200******4366 | Account Transfer- interim compensation | 9999-000 | | 6,224.06 | 41,202.17 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 41,202.53 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 84.13 | 41,118.40 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 41,118.74 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 95.78 | 41,022.96 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.82 | 41,025.78 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 41,026.11 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 84.29 | 40,941.82 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 40,942.16 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 81.32 | 40,860.84 |
| | | | **ACCOUNT TOTALS** | | 47,465.11 | 6,604.27 | $40,860.84 |
| | | | Less: Bank Transfers | | 47,461.80 | 6,261.57 | |
| | | | **Subtotal** | | 3.31 | 342.70 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3.31** | **$342.70** | |

{} Asset reference(s)

Printed: 11/07/2011 08:44 AM    V.12.57

Exhibit B

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

**Case Number:** 09-00029  
**Case Name:** MISSION BAY MULTISPORTS, INC.  
**Taxpayer ID #:** **-***9964  
**Period Ending:** 11/07/11

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******43-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/23/10 | | From Account #9200******4367 | Account Transfer | 9999-000 | 1,458.10 | | 1,458.10 |
| 04/26/10 | 10110 | ALAN D. LASKO & ASSOCIATES, P.C. | Accountants fees and expenses | | | 1,458.10 | 0.00 |
| | | | 1,441.20 | 3410-000 | | | 0.00 |
| | | | 16.90 | 3420-000 | | | 0.00 |
| 03/17/11 | | From Account #9200******4365 | Bond Premium | 9999-000 | 37.51 | | 37.51 |
| 03/21/11 | 10111 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 37.51 | 0.00 |
| 07/13/11 | | From Account #9200******4365 | Account Transfer- interim compensation | 9999-000 | 6,224.06 | | 6,224.06 |
| 07/15/11 | 10112 | ALAN D. LASKO & ASSOCIATES, P.C. | Third interim award of fees and expenses, per o/c 7-13-11 | | | 799.88 | 5,424.18 |
| | | | 790.50 | 3410-000 | | | 5,424.18 |
| | | | 9.38 | 3420-000 | | | 5,424.18 |
| 07/15/11 | 10113 | SHAW GUSSIS FISHMAN GLANTZ | First award of interim fees and expenses per o/c 7-13-11 | | | 5,424.18 | 0.00 |
| | | | 5,196.00 | 3110-000 | | | 0.00 |
| | | | 228.18 | 3120-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,719.67 | 7,719.67 | $0.00 |
| | | | Less: Bank Transfers | | 7,719.67 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 7,719.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$7,719.67** | |

{} Asset reference(s)

Printed: 11/07/2011 08:44 AM    V.12.57

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-00029 | | **Trustee:** | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| **Case Name:** | MISSION BAY MULTISPORTS, INC. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******43-67 - MMA- Proceeds of sale |
| **Taxpayer ID #:** | **-***9964 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 11/07/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4367 | Wire in from JPMorgan Chase Bank, N.A. account ********4367 | 9999-000 | 46,951.76 | | 46,951.76 |
| 04/23/10 | | To Account #9200******4366 | Account Transfer | 9999-000 | | 1,458.10 | 45,493.66 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.22 | | 45,495.88 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.71 | | 45,498.59 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.62 | | 45,501.21 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.70 | | 45,503.91 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.70 | | 45,506.61 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.37 | | 45,506.98 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 45,507.36 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.37 | | 45,507.73 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 45,508.11 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 45,508.49 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 45,508.83 |
| 03/17/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.21 | | 45,509.04 |
| 03/17/11 | | To Account #9200******4365 | Account Transfer- consolidate funds | 9999-000 | | 45,509.04 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 46,967.14 | 46,967.14 | $0.00 |
| | | | Less: Bank Transfers | | 46,951.76 | 46,967.14 | |
| | | | **Subtotal** | | 15.38 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15.38** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****43-65** | 2,600.07 | 0.00 | 0.00 |
| **Checking # ***-*****43-66** | 60,000.00 | 13,723.51 | 0.00 |
| **MMA # ***-*****43-67** | 27.96 | 0.00 | 0.00 |
| **MMA # 9200-******43-65** | 3.31 | 342.70 | 40,860.84 |
| **Checking # 9200-******43-66** | 0.00 | 7,719.67 | 0.00 |
| **MMA # 9200-******43-67** | 15.38 | 0.00 | 0.00 |
| | **$62,646.72** | **$21,785.88** | **$40,860.84** |

{} Asset reference(s)            Printed: 11/07/2011 08:44 AM    V.12.57

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-00029
Case Name: MISSION BAY MULTISPORTS, INC.
Trustee Name: RICHARD M. FOGEL

**Balance on hand:** $ 40,860.84

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 40,860.84

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 6,382.34 | 0.00 | 6,382.34 |
| Trustee, Expenses - RICHARD M. FOGEL | 44.21 | 0.00 | 44.21 |
| Attorney for Trustee, Fees - SHAW GUSSIS FISHMAN GLANTZ | 420.00 | 0.00 | 420.00 |
| Accountant for Trustee, Fees - ALAN D. LASKO & ASSOCIATES, P.C. | 1,224.00 | 0.00 | 1,224.00 |
| Accountant for Trustee, Expenses - ALAN D. LASKO & ASSOCIATES, P.C. | 17.80 | 0.00 | 17.80 |

Total to be paid for chapter 7 administration expenses: $ 8,088.35
Remaining balance: $ 32,772.49

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 32,772.49

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,884.59 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Mike Wilford | 2,315.25 | 0.00 | 2,315.25 |
| 4 | Erich M Schmidt | 200.00 | 0.00 | 200.00 |
| 5 | Gerardo Fitz-Gibbon | 670.34 | 0.00 | 670.34 |
| 13 | Illinois Department of Revenue | 1,699.00 | 0.00 | 1,699.00 |

Total to be paid for priority claims:  $       4,884.59
Remaining balance:  $     27,887.90

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 189,782.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 4,341.10 | 0.00 | 637.91 |
| 3 | Louis Garneau | 2,770.00 | 0.00 | 407.04 |
| 6 | Liqer LLC | 6,824.92 | 0.00 | 1,002.90 |
| 7 | Blue Seventy | 22,189.35 | 0.00 | 3,260.66 |
| 8 | RAVX Inc | 813.92 | 0.00 | 119.60 |
| 9 | GITA Sporting Goods | 14,410.82 | 0.00 | 2,117.63 |
| 10 | Linda Post | 138,432.02 | 0.00 | 20,342.16 |

Total to be paid for timely general unsecured claims:  $     27,887.90
Remaining balance:  $             0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 6,098.14 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Ochsner | 6,098.14 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $     0.00
Remaining balance:  $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $     0.00
Remaining balance:  $     0.00

**UST Form 101-7-TFR (05/1/2011)**