# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **MISSION BAY MULTISPORTS, INC.,** | Case No. 09-00029 |
| Debtor. | Hon. A. Benjamin Goldgar |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

| | |
|---|---|
| Name of Applicant: | Alan D. Lasko & Associates, P.C. |
| Authorized to Provide Professional Services to: | Richard M. Fogel, Trustee |
| Date of Order Authorizing Employment: | August 5, 2009 |
| Period for Which Compensation is Sought: | March 24, 2011 – November 3, 2011 |
| Amount of Fees Sought: | $1,224.00 |
| Amount of Expense Reimbursement Sought: | $17.80 |

This is a(n):                    Interim Application              XX   Final Application

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| 11/20/09 | 8/5/09 – 11/13/09 | $4,817.08 | $4,817.08 | $0.00 |
| 03/24/10 | 11/14/09 – 2/25/10 | $1,458.10 | $1,458.10 | $0.00 |
| 06/22/11 | 2/26/10 – 3/23/11 | $799.88 | $799.88 | $0.00 |

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein, including retainers and interim payments is <u>$7,075.06</u>

Applicant:                              Alan D. Lasko & Associates, P.C.

Dated: November 3, 2011              By:    _/s/ Richard M. Fogel_____
                                        One of the Trustee's attorneys

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mission Bay Multisports, Inc. | ) | No. 09 B 00029 |
| | ) | |
| 75-3259964 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. A. Benjamin Goldgar |

FOURTH AND FINAL APPLICATION
OF ALAN D. LASKO & ASSOCIATES, P.C.
FOR ALLOWANCE COMPENSATION AND EXPENSES

ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C., Certified Public
Accountants, request fourth and final compensation of $1,224.00 and expenses of $17.80 for the
time period from March 24, 2011 through November 3, 2011. A detail is provided herein for the
Estate, which identifies by subject matter the services performed by the Applicant. Additional
detail is provided to reflect the function and individual performing said services. Lastly, each
individual's classification and hourly rate is also reflected. In addition, attached is the Affidavit
pursuant to Bankruptcy Rule 2016.

## INTRODUCTION

This Court has jurisdiction over this Fourth and Final Fee Application pursuant to 28 U.S.C. §
1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is
proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## MISSION BAY MULTISPORTS, INC.

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates and other employees, or (b) any compensation another person or party has received or may receive in these cases.

## **GENERAL**

The Debtor filed a petition under Chapter 7 of the Federal Bankruptcy Code on or about January 2, 2009, and a Trustee was subsequently appointed. On August 5, 2009, Alan D. Lasko & Associates, P.C. was approved by the Court issued as the accountants for the Trustee. Note that this matter is jointly administered with a companion case referred to as "Mission Bay Ski & Bike, Inc., et al, BK#07B20870." Reflected in this Fee Application is the Applicant's time for the preparation of the Estate's final year 2011 income tax returns.

## MISSION BAY MULTISPORTS, INC.

### FEE APPLICATION

The fees sought by this Fourth and Final Fee Application reflect an aggregate of 10.0 hours of ADLPC's time spent and recorded in performing services during the Fourth and Final Compensation Period. This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which fourth and final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other associates of the Firm, or (b) any compensation another person or party has received or may receive. No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

3

# MISSION BAY MULTISPORTS, INC.

## BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

## BILLING

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

Cost                $113.00

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.2 | $ 270.00 | $ 54.00 |
| C. Wilson, Staff | 1.0 | 59.00 | 59.00 |
|  | 1.2 | | $ 113.00 |

## YEAR-END TAX WORK

The Applicant incurred 8.8 hours primarily in the preparation of the Estate's Federal and State income tax returns of the Debtor C Corporation for the final tax year 2011.

Cost                $1,111.00

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 1.1 | $ 270.00 | $ 297.00 |
| L. Li, Accounting Supervisor | 2.5 | 180.00 | 450.00 |
| J. Lasko, Staff | 5.2 | 70.00 | 364.00 |
|  | 8.8 | | $ 1,111.00 |

4

## MISSION BAY MULTISPORTS, INC.

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| | | | |
|---|---|---|---|
| Owner | $250 | - | $275 |
| Manager/Director | 220 | - | 250 |
| Supervisors | 160 | - | 220 |
| Senior | 120 | - | 160 |
| Assistant | 65 | - | 120 |

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

| Year-End Work | | |
|---|---|---|
| Delivery | $ | 8.00 |
| Copy Costs | | 9.80 |
| | $ | 17.80 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its fourth and final fee period are as follows:

5

## MISSION BAY MULTISPORTS, INC.

| Recap by Project | First Interim Application | Second Interim Application | Third Interim Application |
|---|---|---|---|
| Billing | $    111.00 | $    111.00 | $    111.00 |
| Year-end Work | 4,220.80 | 1,330.20 | 679.50 |
| Respond to Tax Authorities | 472.00 | - | - |
| Net Request | $    4,803.80 | $    1,441.20 | $    790.50 |

| Recap by Project | Fourth and Final Application | Total |
|---|---|---|
| Billing | $    113.00 | $    446.00 |
| Year-end Work | 1,111.00 | 7,341.50 |
| Respond to Tax Authorities | - | 472.00 |
| Net Request | $    1,224.00 | $    8,259.50 |

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 4.8 | $    446.00 | $    92.92 |
| Year-End Work | 54.4 | 7,341.50 | $    134.95 |
| Respond to Tax Authorities | 2.6 | 472.00 | $    181.54 |
| | 61.8 | $    8,259.50 | $    133.65 |

The Applicant has been paid for its First, Second and Third Interim Fee Applications as follows:

| | Compensation | Expenses |
|---|---|---|
| 08/05/09-11/13/09 | $    4,803.80 | $    13.28 |
| 11/14/09-02/25/10 | 1,441.20 | 46.90 |
| 02/26/10-03/23/11 | 790.50 | 9.38 |

## MISSION BAY MULTISPORTS, INC.

### ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.

> (A)   the time spent on such services;

> (B)   the rates charged for such services;

> (C)   whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;

> (D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and

7

## MISSION BAY MULTISPORTS, INC.

(E)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this Fourth and Final Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate. ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. As shown by this Fourth and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort. In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a particular task. Accordingly, approval of the fourth and final compensation sought herein for the Compensation Period is warranted.

## MISSION BAY MULTISPORTS, INC.

### CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested fourth and final compensation of $1,224.00 and expenses of $17.80 should be allowed for services by your Applicant for the period March 24, 2011 through November 3, 2011.

_____
Alan D. Lasko

Alan D. Lasko & Associates, P.C.
29 South LaSalle Street
Suite 1240
Chicago, Illinois  60603
(312) 332-1302

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mission Bay Multisports, Inc. | ) | No. 09 B 00029 |
| | ) | |
| 75-3259964 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. A. Benjamin Goldgar |

### AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
         )        SS.
COUNTY OF COOK )

I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1. I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Richard Fogel, Chapter 7 Trustee in this case ("Trustee").

2. I have read the Fourth and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. Lasko has previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

4. The Applicant has been paid for its First, Second and Third Interim Fee Application as follows:

| | Compensation | Expenses |
|---|---|---|
| 08/05/09-11/13/09 | $ 4,803.80 | $ 13.28 |
| 11/14/09-02/25/10 | 1,441.20 | 46.90 |
| 02/26/10-03/23/11 | 790.50 | 9.38 |

FURTHER AFFIANT SAYETH NOT.

_____
Alan D. Lasko

Subscribed and Sworn to before me
this _3rd_ day of November, 2011.

_____
Notary Public

```
************************************
*        OFFICIAL SEAL            *
*      CLAUDETTE WILSON           *
* NOTARY PUBLIC - STATE OF ILLINOIS *
* MY COMMISSION EXPIRES:04/11/12   *
************************************
```

11

**<u>EXHIBIT A</u>**

**<u>ORDER OF EMPLOYMENT</u>**

07-20870:298.2:Application to Employ:Proposed Order Entered: 7/29/2009 7:08:06 AM by:Richard Fogel Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MISSION BAY SKI & BIKE, INC., ET AL., | ) | Case No. 07 B 20870 |
| | ) | |
| Debtors. | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |

## ORDER AUTHORIZING THE TRUSTEE TO RETAIN
## ALAN D. LASKO & ASSOCIATES, P.C. AS ACCOUNTANTS

This matter came on to be heard on the application (the "Application") of Richard M. Fogel, the Chapter 7 Trustee (the "Trustee") of the estate of Mission Bay Multisports, Inc., for an order authorizing the retention of Alan D. Lasko and the firm of Alan D. Lasko & Associates, P.C. (collectively, "Lasko") as his accountants pursuant to 11 U.S.C. §§ 327 and 328; the Court having reviewed the Application and the affidavit of Lasko filed in connection with the Application; the Court having reviewed the Application and it appearing to the Court that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) Lasko does not hold or represent any interest adverse to the Estate in this case; and (d) notice of the Application given by the Trustee was sufficient under the circumstances; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1.    The Trustee is hereby authorized to employ and retain Lasko as the accountants for the estate of Mission Bay Multisports, Inc. upon the terms and for the purposes set forth in the Application.

{6892 ORD A0236897.DOC}

2.    Compensation to Lasko for accounting services rendered and reimbursement of expenses incurred in connection with this Chapter 7 case shall be awarded pursuant to application(s) submitted to and approved by this Court from time to time during the pendency of this Chapter 7 case pursuant to applicable provisions of the Bankruptcy Code.

Dated:    **5 AUG 2009**

ENTER: _____

UNITED STATES BANKRUPTCY JUDGE

ORDER PREPARED BY:

Richard M. Fogel (#312714)
Shaw Gussis Fishman Glantz
   Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

{6892 ORD A0236897.DOC}

**EXHIBIT B**

**PERSONNEL**

## MISSION BAY MULTISPORTS, INC.

The following represents a description of the primary individuals in this engagement.


### Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 25 years. He brings his 35 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF). Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society. Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics. Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.


### Luyan Li, CPA, CVA, Ph.D. – Accounting/Valuation Supervisor

Ms. Li has 5 years of valuation experience and 7 years of performing accounting and tax services. She has a B.A. from Xi An Jiao Tong University in China and a PhD in Communications Studies from Northwestern University in Evanston. She is a Certified Public Accountant and a member of the American Institute of Certified Public Accountants and the Illinois CPA Society. She is also certified by the National Association of Valuation Analysts for her valuation certificate. In addition, she is a Certified QuickBooks ProAdvisor.

## MISSION BAY MULTISPORTS, INC.

<u>Joseph Lasko – Staff</u>

Mr. Lasko is a first-year intern staff person performing accounting and tax services.  Mr. Lasko has a Bachelor's Degree in Marketing from the University of Iowa.

**EXHIBIT C**

**STAFF LEVELS**

## MISSION BAY MULTISPORTS, INC.

### STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

#### SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

#### SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

#### ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

## EXHIBIT D

## ACTUAL TIME FROM TIME SLIPS

| | Alan D. Lasko & Associates, P.C. | | | |
|---|---|---|---|---|
| 11/3/2011 | | | | |
| 1:18 PM | Pre-bill Worksheet | | Page    1 | |

---

**Selection Criteria**

---

| Clie.Selection | Include: MissionBayMulti.002; MissionBayMulti.012 |
|---|---|

---

| | | | | |
|---|---|---|---|---|
| Nickname | MissionBayMulti.002 | 3269 | | |
| Full Name | Mission Bay Sports | | | |
| Address | c/o R. Fogel, Trustee | | | |
| | 321 N. Clark St. | | | |
| | Suite 800 | | | |
| | Chicago IL 60654 | | | |
| Phone 1 | | Phone 2 | | |
| Phone 3 | | Phone 4 | | |
| In Ref To | tax prep | | | |
| Fees Arrg. | By billing value on each slip | | | |
| Expense Arrg. | By billing value on each slip | | | |
| Tax Profile | Exempt | | | |
| Last bill | 3/23/2011 | | | |
| Last charge | 10/27/2011 | | | |
| Last payment | 7/16/2011 | Amount | $688.88 | |

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 10/19/2011<br>101798 | A. Lasko<br>800<br>set up staff with final return work | 270.00 | 0.10 | 27.00 | Billable |
| 10/19/2011<br>101799 | J. Lasko<br>800<br>preparation of workpapers and tax returns for final return 2011 | 70.00 | 2.90 | 203.00 | Billable |
| 10/21/2011<br>102000 | L. Li<br>800<br>reivew of workpapers and tax returns - final 2011 | 180.00 | 1.80 | 324.00 | Billable |
| 10/24/2011<br>102009 | J. Lasko<br>800<br>preparation of workpapers and tax returns - corrections and changes | 70.00 | 0.90 | 63.00 | Billable |
| 10/24/2011<br>102029 | L. Li<br>800<br>review of workpapers and tax returns - corrections | 180.00 | 0.70 | 126.00 | Billable |
| 10/25/2011<br>102043 | A. Lasko<br>800<br>preprared irs 60 day letter for final return | 270.00 | 0.20 | 54.00 | Billable |
| 10/25/2011<br>102044 | A. Lasko<br>800<br>sign off of federal and state tax returns and irs 60 day copy and letter for<br>final return | 270.00 | 0.40 | 108.00 | Billable |

11/3/2011                          Alan D. Lasko & Associates, P.C.
1:18 PM                                 Pre-bill Worksheet                            Page      2

MissionBayMulti.002:Mission Bay Sports (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------|---------------|----------------|----------------|-------|
| 10/27/2011 102122 | J. Lasko 800 | 70.00 | 1.40 | 98.00 | Billable |
| | Estimated time to prepare estae's final informaiton tax returns and cover letter to trustee | | | | |
| 10/27/2011 102123 | A. Lasko 800 | 270.00 | 0.40 | 108.00 | Billable |
| | Estimated time to review estate's final information tax return and cover letter to trustee | | | | |

|  | TOTAL  Billable Fees | | 8.80 | | $1,111.00 |

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---------|--------------|----------------|----------|--------|-------|
| 10/25/2011 102048 | C. Wilson 115 | 9.80 | 1.000 | 9.80 | Billable |
| | Photocopy costs for 2011 Forms 1120 income tax returns - 98 pages @ $.10 per page. | | | | |
| 10/26/2011 102049 | C. Wilson 116 | 8.00 | 1.000 | 8.00 | Billable |
| | Delivery of 2011 Forms 1120 income tax returns to Richard Fogel - confirmation #15202696. | | | | |

| | TOTAL  Billable Costs | | | | $17.80 |

## Calculation of Fees and Costs

| | Amount | Total |
|---|--------|-------|
| Fees Bill Arrangement: Slips By billing value on each slip. | | |
| Total of billable time slips | $1,111.00 | |
| Total of Fees (Time Charges) | | $1,111.00 |
| Costs Bill Arrangement: Slips By billing value on each slip. | | |
| Total of billable expense slips | $17.80 | |
| Total of Costs (Expense Charges) | | $17.80 |

11/3/2011                         Alan D. Lasko & Associates, P.C.
1:18 PM                              Pre-bill Worksheet                          Page      3

MissionBayMulti.002:Mission Bay Sports (continued)

|  | Amount | Total |
|---|---|---|
| Total new charges | | $1,128.80 |
| Previous Balance | | |
| 120 Days | $688.88 | |
| Total Previous Balance | | $688.88 |
| Accounts Receivables | | |
| Date\|ID    Type    Description | | |
| 7/16/2011 PAY   Payment - thank you<br>12110 | ($688.88) | |
| Total Accounts Receivable | | ($688.88) |
| New Balance | | |
| Current | $1,128.80 | |
| Total New Balance | | $1,128.80 |

11/3/2011                          Alan D. Lasko & Associates, P.C.
1:18 PM                              Pre-bill Worksheet                              Page       4

Nickname        MissionBayMulti.012 | 3270
Full Name       Mission Bay Sports
Address         c/o R. Fogel, Trustee
                321 N. Clark St.
                Suite 800
                Chicago IL 60654

Phone 1                             Phone 2
Phone 3                             Phone 4
In Ref To       fee petition
Fees Arrg.      By billing value on each slip
Expense Arrg.   By billing value on each slip
Tax Profile     Exempt
Last bill       3/23/2011
Last charge     11/3/2011
Last payment    7/16/2011            Amount      $111.00

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 10/28/2011<br>102126 | C. Wilson<br>800 | 59.00 | 1.00 | 59.00 | Billable |
| | Prepared fee petition. | | | | |
| 11/3/2011<br>102161 | A. Lasko<br>800 | 270.00 | 0.20 | 54.00 | Billable |
| | preparation of fee petition | | | | |
| TOTAL | Billable Fees | | 1.20 | | $113.00 |

Total of billable expense slips                                                     $0.00

---

Calculation of Fees and Costs

---

|  | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable time slips | $113.00 | |
| Total of Fees (Time Charges) | | $113.00 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $113.00 |
| Previous Balance<br>120 Days | $111.00 | |

11/3/2011
1:18 PM

Alan D. Lasko & Associates, P.C.
Pre-bill Worksheet

Page     5

MissionBayMulti.012:Mission Bay Sports (continued)

|  | Amount | Total |
|---|---|---|
| Total Previous Balance |  | $111.00 |

Accounts Receivables

| Date\|ID | Type | Description | Amount | Total |
|---|---|---|---|---|
| 7/16/2011 12111 | PAY | Payment - thank you | ($111.00) |  |
| Total Accounts Receivable |  |  |  | ($111.00) |

| New Balance | Amount | Total |
|---|---|---|
| Current | $113.00 |  |
| Total New Balance |  | $113.00 |