UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In re:                                  )   Case No. 09-00029
    MISSION BAY MULTISPORTS, INC.,   )
                                        )
                                        )
                                        )
                                        )
                                        )
                        Debtor(s)       )

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:00 a.m. on December 21, 2011 in Courtroom 613**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: November 23, 2011          By: /s/ Richard M. Fogel
                                            Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MISSION BAY MULTISPORTS, INC. | § | Case No. 09-00029 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 62,646.72 |
| *and approved disbursements of* | $ 21,785.88 |
| *leaving a balance on hand of* [1] | $ 40,860.84 |
| **Balance on hand:** | $ 40,860.84 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 40,860.84 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 6,382.34 | 0.00 | 6,382.34 |
| Trustee, Expenses - RICHARD M. FOGEL | 44.21 | 0.00 | 44.21 |
| Attorney for Trustee, Fees - SHAW GUSSIS FISHMAN GLANTZ | 420.00 | 0.00 | 420.00 |
| Accountant for Trustee, Fees - ALAN D. LASKO & ASSOCIATES, P.C. | 1,224.00 | 0.00 | 1,224.00 |
| Accountant for Trustee, Expenses - ALAN D. LASKO & ASSOCIATES, P.C. | 17.80 | 0.00 | 17.80 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 8,088.35 |
| Remaining balance: | $ 32,772.49 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

              Total to be paid for prior chapter administrative expenses:  $      0.00
              Remaining balance:  $      32,772.49

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,884.59 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Mike Wilford | 2,315.25 | 0.00 | 2,315.25 |
| 4 | Erich M Schmidt | 200.00 | 0.00 | 200.00 |
| 5 | Gerardo Fitz-Gibbon | 670.34 | 0.00 | 670.34 |
| 13 | Illinois Department of Revenue | 1,699.00 | 0.00 | 1,699.00 |

              Total to be paid for priority claims:  $      4,884.59
              Remaining balance:  $      27,887.90

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 189,782.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 4,341.10 | 0.00 | 637.91 |
| 3 | Louis Garneau | 2,770.00 | 0.00 | 407.04 |
| 6 | Liqer LLC | 6,824.92 | 0.00 | 1,002.90 |
| 7 | Blue Seventy | 22,189.35 | 0.00 | 3,260.66 |
| 8 | RAVX Inc | 813.92 | 0.00 | 119.60 |
| 9 | GITA Sporting Goods | 14,410.82 | 0.00 | 2,117.63 |
| 10 | Linda Post | 138,432.02 | 0.00 | 20,342.16 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 27,887.90 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 6,098.14 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Ochsner | 6,098.14 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/RICHARD M. FOGEL
                              Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 09-00029-ABG
Mission Bay Multisports, Inc.                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: pgordon              Page 1 of 3                Date Rcvd: Nov 29, 2011
                               Form ID: pdf006            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2011.
db          #+Mission Bay Multisports, Inc.,    738 W. Randolf,    Chicago, Il 60661-2104
13015540      Albabici,    1500 Mariner Dr #B,    Oxnard, CA 93033-2463
13015541     +Blue Seventy,    117 W. Denny Way #215,    Seattle, WA 98119-4232
13015542     +Bugaboos Eyewear,    PMB #407,    4152 Meridian St #105,    Bellingham, WA 98226-5589
13015566     +Burke & O'Brien, P.C.,    33 North LaSalle Street,    Suite 2000,    Chicago, IL 60602-2626
13015546     +CNA Insurance,    Agent: Caro Insurance,    16520 106th Ct,    Orland Park, IL 60467-4547
13015543     +Capital One,    PO Box 6492,    Carol Stream, IL 60197-6492,    800-867-0904
13015544      Cervelo,    Receivables Control Corp,    7373 Kirkwood Ct #200,    Minneapolis, MN 55369
13570340     +Erich M Schmidt,    2034 W Race Ave,    Chicago, IL 60612-1508
13015548      FedEx,    PO Box 94515,    Palatine, IL 60094-4515
13015551      GURU Bikes,    2460 rue Michelin,    Laval,    Quebec H7L 5C3
13610701     +Gerardo Fitz-Gibbon,    5901 North Leader Avenue,    Chicago, IL 60646-5625
13015552     +Highway Two,    1909 Miller Dr.,    Olney, IL 62450-4744
17227582      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
13015564     +Linda Post,    2150 Common Ridings Way,    Inverness, IL 60010-5423
13704114     +Liqer LLC,    Marco Bonelli,    2315 Windsor Park Ct #315,    Englewood, NY 07631-4979
13015553     +Louis Garneau,    1352 E. Main St.,    PO Box 05855,    Newport, VT 05855-9463
13015554     +National City Business Card,    K-A16-F5,    PO Box 2349,    Kalamazoo, MI 49003-2349
13015555     +Northwave,    400 N 34th St #203,    Seattle, WA 98103-8600
13015556     +Ochsner,    246 E Marquardt Dr,    Wheeling, IL 60090-6430
13015565     +Park Properties,    @ William Faber,    10432 S. longwood Dr,    Chicago 60643-2613
13015558     +Profile Design,    2677 El Presido,    Long Beach, CA 90810-1116
13015559     +Quality Bicycle Products,    6400 W 105th St,    Bloomington, MN 55438-2554
13781045     #+RAVX Inc,    Attn Nichola Ames,    1210 Keystone Way Ste A,    Vista, CA 92081-8354
13015545     +Troy Crady,    2426 W. Thomas,    Chicago, IL 60622-3531
13015561     +Veltec Sports,    PO Box 49306,    San Jose, CA 95161-9306
13015562     +W.L.Gore & Assoc,    295 Blue Ball Rd,    Elkton, MD 21921-5336
13912829      William W. Linnemann and Valerie J. Gervais,    Attn: Tina B. Solis,    Ungaretti & Harris LLP,
               3500 Three First National Plaza,    Chicago, Illinois 60602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13534611       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 30 2011 04:54:34
                Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
13015547       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 30 2011 04:54:34      Discover Card,    PO Box 30423,
                Salt Lake City, UT 84130-0423
13015550      +E-mail/Text: janet.simmons@gitabike.com Nov 30 2011 03:14:29      GITA Sporting Goods,
                12500 Steele Creek Rd,    Charlotte, NC 28273-3769
13015549      +E-mail/Text: elenasmith@giantbicycle.com Nov 30 2011 03:17:31      Giant Bicycle,
                3587 Old Conejo Rd,    Newbury Park, CA 91320-2122
13015557       E-mail/Text: bankruptcy@paetec.com Nov 30 2011 03:16:08      Paetec,    PO Box 3177,
                Cedar Rapids, IA 52406-3177
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13554918     ##+Mike Wilford,    1646 W Wrightwood Ave,    Chicago, IL 60614-1939
13015560     ##+Sports Multiplied,    2235 Faraday Ave Ste R,    Carlsbad, CA 92008-7215
13015563     ##+Zoot Sports,    2880 Scott St Ste 101,    Vista, CA 92081-8560
                                                                                   TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: pgordon              Page 2 of 3            Date Rcvd: Nov 29, 2011
                              Form ID: pdf006            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2011**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: pgordon             Page 3 of 3              Date Rcvd: Nov 29, 2011
                              Form ID: pdf006           Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2011 at the address(es) listed below:
              John S Biallas    on behalf of Debtor  Mission Bay Multisports, Inc. jsb70@comcast.net
              Patrick F Ross    on behalf of Creditor Valerie Gervais pfross@uhlaw.com,
               jruskusky@uhlaw.com;npark@uhlaw.com;keedeus@uhlaw.com;TEFiester@uhlaw.com;KAMcLoud@uhlaw.com
              Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
              Richard M Fogel   rfogel@shawgussis.com,   IL72@ecfcbis.com
              Vipin R Gandra    on behalf of Trustee Richard Fogel vipingandra@yahoo.com
                                                                                            TOTAL: 5