**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: MISSION BAY MULTISPORTS, INC. § Case No. 09-00029
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $471,928.11 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $32,773.04 | Claims Discharged Without Payment: $200,094.52 |
| Total Expenses of Administration: $29,874.23 | |

  3) Total gross receipts of $ 62,647.27 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $62,647.27 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 37,962.59 | 37,962.58 | 29,874.23 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 9,098.84 | 9,098.84 | 4,884.59 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 177,058.44 | 223,768.72 | 223,768.72 | 27,888.45 |
| **TOTAL DISBURSEMENTS** | $177,058.44 | $270,830.15 | $270,830.14 | $62,647.27 |

4) This case was originally filed under Chapter 7 on January 02, 2009. The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/01/2012            By: /s/RICHARD M. FOGEL
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cash on hand | 1129-000 | 99.99 |
| Inventory | 1129-000 | 60,000.00 |
| Accounts receivable | 1221-000 | 1,792.00 |
| Refunds | 1229-000 | 706.98 |
| Interest Income | 1270-000 | 48.30 |
| **TOTAL GROSS RECEIPTS** | | **$62,647.27** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 6,382.35 | 6,382.34 | 0.00 |
| RICHARD M. FOGEL | 2200-000 | N/A | 44.21 | 44.21 | 0.00 |
| SHAW GUSSIS FISHMAN GLANTZ | 3110-000 | N/A | 420.00 | 420.00 | 0.00 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | N/A | 1,224.00 | 1,224.00 | 0.00 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3420-000 | N/A | 17.80 | 17.80 | 0.00 |
| Commonwealth Edison | 2420-000 | N/A | 46.39 | 46.39 | 46.39 |
| COMMONWEALTH EDISON | 2420-000 | N/A | 46.49 | 46.49 | 46.49 |
| COMMONWEALTH EDISON | 2420-000 | N/A | 204.77 | 204.77 | 204.77 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 64.32 | 64.32 | 64.32 |
| Park Properties Real Estate, Inc. | 2410-000 | N/A | 5,759.12 | 5,759.12 | 5,759.12 |
| Barry Hurwitz and Howard Hurtwitz | 2500-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| ROMAY CORPORATION | 2990-000 | N/A | 243.00 | 243.00 | 243.00 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | N/A | 4,803.80 | 4,803.80 | 4,803.80 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3420-000 | N/A | 13.28 | 13.28 | 13.28 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 42.34 | 42.34 | 42.34 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | N/A | 1,441.20 | 1,441.20 | 1,441.20 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3420-000 | N/A | 16.90 | 16.90 | 16.90 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 37.51 | 37.51 | 37.51 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | N/A | 790.50 | 790.50 | 790.50 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3420-000 | N/A | 9.38 | 9.38 | 9.38 |
| SHAW GUSSIS FISHMAN GLANTZ | 3110-000 | N/A | 5,196.00 | 5,196.00 | 5,196.00 |
| SHAW GUSSIS FISHMAN GLANTZ | 3120-000 | N/A | 228.18 | 228.18 | 228.18 |
| The Bank of New York Mellon | 2600-000 | N/A | 84.13 | 84.13 | 84.13 |
| The Bank of New York Mellon | 2600-000 | N/A | 95.78 | 95.78 | 95.78 |
| The Bank of New York Mellon | 2600-000 | N/A | -2.82 | -2.82 | -2.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 84.29 | 84.29 | 84.29 |
| The Bank of New York Mellon | 2600-000 | N/A | 81.32 | 81.32 | 81.32 |
| SHAW GUSSIS FISHMAN GLANTZ | 3110-000 | N/A | 420.00 | 420.00 | 420.00 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | N/A | 1,224.00 | 1,224.00 | 1,224.00 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3420-000 | N/A | 17.80 | 17.80 | 17.80 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | | N/A | 6,382.34 | 6,382.34 | 6,382.34 |
| RICHARD M. FOGEL | 2200-000 | | N/A | 44.21 | 44.21 | 44.21 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 37,962.59 | 37,962.58 | 29,874.23 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Mike Wilford | 5600-000 | N/A | 2,315.25 | 2,315.25 | 0.00 |
| 4 | Erich M Schmidt | 5600-000 | N/A | 200.00 | 200.00 | 0.00 |
| 5 | Gerardo Fitz-Gibbon | 5600-000 | N/A | 670.34 | 670.34 | 670.34 |
| 13 | Illinois Department of Revenue | 5800-000 | N/A | 1,699.00 | 1,699.00 | 0.00 |
|  | Erich M Schmidt | 5600-000 | N/A | 200.00 | 200.00 | 200.00 |
|  | Illinois Department of Revenue | 5800-000 | N/A | 1,699.00 | 1,699.00 | 1,699.00 |
|  | Mike Wilford | 5600-000 | N/A | 2,315.25 | 2,315.25 | 2,315.25 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 9,098.84 | 9,098.84 | 4,884.59 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 7100-000 | 4,341.10 | 4,341.10 | 4,341.10 | 0.00 |
| 3 | Louis Garneau | 7100-000 | 2,770.00 | 2,770.00 | 2,770.00 | 0.00 |
| 6 | Liqer LLC | 7100-000 | N/A | 6,824.92 | 6,824.92 | 0.00 |
| 7 | Blue Seventy | 7100-000 | 11,013.00 | 22,189.35 | 22,189.35 | 0.00 |
| 8 | RAVX Inc | 7100-000 | N/A | 813.92 | 813.92 | 0.00 |
| 9 | GITA Sporting Goods | 7100-000 | 14,410.82 | 14,410.82 | 14,410.82 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | Linda Post | 7100-000 | 138,432.02 | 138,432.02 | 138,432.02 | 0.00 |
| 11 | William W. Linnemann and Valerie J. Gervais | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 12 | Ochsner | 7200-000 | 6,091.50 | 6,098.14 | 6,098.14 | 0.00 |
| | Discover Bank/DFS Services LLC | 7100-000 | N/A | 637.92 | 637.92 | 637.92 |
| | Louis Garneau | 7100-000 | N/A | 407.05 | 407.05 | 407.05 |
| | Liqer LLC | 7100-000 | N/A | 1,002.92 | 1,002.92 | 1,002.92 |
| | Blue Seventy | 7100-000 | N/A | 3,260.72 | 3,260.72 | 3,260.72 |
| | RAVX Inc | 7100-000 | N/A | 119.61 | 119.61 | 119.61 |
| | GITA Sporting Goods | 7100-000 | N/A | 2,117.67 | 2,117.67 | 2,117.67 |
| | Linda Post | 7100-000 | N/A | 20,342.56 | 20,342.56 | 20,342.56 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 177,058.44 | 223,768.72 | 223,768.72 | 27,888.45 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-00029  
**Case Name:** MISSION BAY MULTISPORTS, INC.

**Trustee:** (330720)  RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 01/02/09 (f)  
**§341(a) Meeting Date:** 02/09/09  

**Period Ending:** 02/01/12

**Claims Bar Date:** 05/13/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | Unknown | 0.00 | DA | 99.99 | FA |
| 2 | Claim against Gervais & Linnemann  (See Footnote) | 247,970.25 | 0.00 | DA | 0.00 | FA |
| 3 | Claim against Mission Bay Ski & Bike, Inc.  (See Footnote) | 223,956.86 | 0.00 | DA | 0.00 | FA |
| 4 | Office equipment  (See Footnote) | 1.00 | Unknown | DA | 0.00 | FA |
| 5 | Inventory  (See Footnote) | 1.00 | Unknown |  | 60,000.00 | FA |
| 6 | Accounts receivable  (u)  (See Footnote) | 0.00 | Unknown | DA | 1,792.00 | FA |
| 7 | Refunds  (u)  (See Footnote) | Unknown | Unknown | DA | 706.98 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 48.30 | FA |
| 8 | **Assets**  Totals (Excluding unknown values) | **$471,929.11** | **$0.00** |  | **$62,647.27** | **$0.00** |

RE PROP# 2  Claim belonged to Mission Bay SKI & Bike, Inc. and was settled per o/c 3-10-2010  
RE PROP# 3  Mission Bay Ski & Bike, Inc. has offsetting claim against debtor  
RE PROP# 4  Office equipment had no liquidation value  
RE PROP# 5  Sold at public auction sale per o/c 2-20-09  
RE PROP# 6  Recovered via mail forwarding order  
RE PROP# 7  Recovered via mail forwarding order  

**Major Activities Affecting Case Closing:**

Completion of income tax returns and preparation of final report  
Trustee contemplating motion to substantively consolidate with Mission Bay Ski & Bike, Inc.

**Initial Projected Date Of Final Report (TFR):**  December 31, 2010       **Current Projected Date Of Final Report (TFR):**  November 23, 2011  (Actual)

Printed: 02/01/2012 07:19 AM       V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-00029 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | MISSION BAY MULTISPORTS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****43-65 - Money Market Account |
| Taxpayer ID #: | **-***9964 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 02/01/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/19/09 | {6} | EDGAR WEATHERSBY | Layaway sale | 1221-000 | 1,792.00 | | 1,792.00 |
| 01/20/09 | {1} | RICHARD FOGEL, TRUSTEE | Petty cash on premises | 1129-000 | 99.99 | | 1,891.99 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.02 | | 1,892.01 |
| 02/13/09 | | To Account #********4366 | Post-petition utilities | 9999-000 | | 46.39 | 1,845.62 |
| 02/18/09 | | To Account #********4366 | Post-petition utilities | 9999-000 | | 251.26 | 1,594.36 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.06 | | 1,594.42 |
| 03/06/09 | {7} | QUALITY BICYCLE PRODUCTS | Credit memo | 1229-000 | 174.00 | | 1,768.42 |
| 03/10/09 | {7} | COM ED | Refund of security deposit | 1229-000 | 428.05 | | 2,196.47 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.08 | | 2,196.55 |
| 04/01/09 | | To Account #********4366 | Bond Premium | 9999-000 | | 64.32 | 2,132.23 |
| 04/13/09 | | To Account #********4366 | Court reporter | 9999-000 | | 243.00 | 1,889.23 |
| 04/30/09 | {7} | COMMONWEALTH EDISON | Refund of security deposit | 1229-000 | 104.93 | | 1,994.16 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.08 | | 1,994.24 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.07 | | 1,994.31 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.08 | | 1,994.39 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.08 | | 1,994.47 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.08 | | 1,994.55 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.08 | | 1,994.63 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.08 | | 1,994.71 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.08 | | 1,994.79 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.08 | | 1,994.87 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.07 | | 1,994.94 |
| 02/10/10 | | To Account #********4366 | Account Transfer | 9999-000 | | 42.34 | 1,952.60 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.07 | | 1,952.67 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.08 | | 1,952.75 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.01 | | 1,952.76 |
| 04/06/10 | | Wire out to BNYM account 9200******4365 | Wire out to BNYM account 9200******4365 | 9999-000 | -1,952.76 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 647.31 | 647.31 | $0.00 |
| Less: Bank Transfers | -1,952.76 | 647.31 | |
| Subtotal | 2,600.07 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $2,600.07 | $0.00 | |

{} Asset reference(s)

Printed: 02/01/2012 07:19 AM     V.12.57

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-00029  
**Case Name:** MISSION BAY MULTISPORTS, INC.  
**Taxpayer ID #:** **-***9964  
**Period Ending:** 02/01/12

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****43-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/13/09 | | From Account #********4365 | Post-petition utilities | 9999-000 | 46.39 | | 46.39 |
| 02/13/09 | 101 | Commonwealth Edison | Post-petition utilities- Acct. 4131164035 | 2420-000 | | 46.39 | 0.00 |
| 02/18/09 | | From Account #********4365 | Post-petition utilities | 9999-000 | 251.26 | | 251.26 |
| 02/20/09 | {5} | ALL THE WAY MULTISPORT INC. | Earnest money deposit- held pending auction sale | 1129-000 | 3,000.00 | | 3,251.26 |
| 02/20/09 | {5} | ALL THE WAY MULTISPORT INC | Balance of purchase price- per o/c 2-18-2009 | 1129-000 | 57,000.00 | | 60,251.26 |
| 02/20/09 | 102 | COMMONWEALTH EDISON | Post-petition utilities- Acct 4131164035 | 2420-000 | | 46.49 | 60,204.77 |
| 02/20/09 | 103 | COMMONWEALTH EDISON | Post-petition utilities- Acct. No. 4131165050 | 2420-000 | | 204.77 | 60,000.00 |
| 02/26/09 | | MISSION BAY | Transfer to MMA | 9999-000 | | 60,000.00 | 0.00 |
| 04/01/09 | | From Account #********4365 | Bond Premium | 9999-000 | 64.32 | | 64.32 |
| 04/02/09 | | From Account #********4367 | Payment of administrative expenses | 9999-000 | 8,259.12 | | 8,323.44 |
| 04/02/09 | 104 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 64.32 | 8,259.12 |
| 04/03/09 | 105 | Park Properties Real Estate, Inc. | Use and occupancy | 2410-000 | | 5,759.12 | 2,500.00 |
| 04/03/09 | 106 | Barry Hurwitz and Howard Hurtwitz | Sales Agent Services | 2500-000 | | 2,500.00 | 0.00 |
| 04/13/09 | | From Account #********4365 | Court reporter | 9999-000 | 243.00 | | 243.00 |
| 04/15/09 | 107 | ROMAY CORPORATION | COURT REPORT/TRANSCRIPT - 341 MEETING | 2990-000 | | 243.00 | 0.00 |
| 12/14/09 | | From Account #********4367 | Account Transfer | 9999-000 | 4,817.08 | | 4,817.08 |
| 12/17/09 | 108 | ALAN D. LASKO & ASSOCIATES, P.C. | Accountants fees and expenses- per o/c 12-14-09 | | | 4,817.08 | 0.00 |
| | | | Accountants fees 4,803.80 | 3410-000 | | | 0.00 |
| | | | Accountants expenses 13.28 | 3420-000 | | | 0.00 |
| 02/10/10 | | From Account #********4365 | Account Transfer | 9999-000 | 42.34 | | 42.34 |
| 02/10/10 | 109 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 42.34 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **73,723.51** | **73,723.51** | **$0.00** |
| | | | Less: Bank Transfers | | 13,723.51 | 60,000.00 | |
| | | | **Subtotal** | | **60,000.00** | **13,723.51** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$60,000.00** | **$13,723.51** | |

{} Asset reference(s)

Printed: 02/01/2012 07:19 AM V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-00029 | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|
| Case Name: | MISSION BAY MULTISPORTS, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****43-67 - MMA- Proceeds of sale |
| Taxpayer ID #: | **-***9964 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 02/01/12 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/26/09 | | MISSION BAY | Transfer from checking | 9999-000 | 60,000.00 | | 60,000.00 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.08 | | 60,000.08 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.61 | | 60,002.69 |
| 04/02/09 | | To Account #********4366 | Payment of administrative expenses | 9999-000 | | 8,259.12 | 51,743.57 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.12 | | 51,745.69 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.04 | | 51,747.73 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.25 | | 51,749.98 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.18 | | 51,752.16 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.18 | | 51,754.34 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.11 | | 51,756.45 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.11 | | 51,758.56 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.18 | | 51,760.74 |
| 12/14/09 | | To Account #********4366 | Account Transfer | 9999-000 | | 4,817.08 | 46,943.66 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.06 | | 46,945.72 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.85 | | 46,947.57 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.78 | | 46,949.35 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.10 | | 46,951.45 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.31 | | 46,951.76 |
| 04/06/10 | | Wire out to BNYM account 9200******4367 | Wire out to BNYM account 9200******4367 | 9999-000 | -46,951.76 | | 0.00 |
| | | | ACCOUNT TOTALS | | 13,076.20 | 13,076.20 | $0.00 |
| | | | Less: Bank Transfers | | 13,048.24 | 13,076.20 | |
| | | | **Subtotal** | | 27.96 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$27.96** | **$0.00** | |

{} Asset reference(s)                                                                                                        Printed: 02/01/2012 07:19 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-00029
**Case Name:** MISSION BAY MULTISPORTS, INC.
**Taxpayer ID #:** **-***9964
**Period Ending:** 02/01/12

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******43-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4365 | Wire in from JPMorgan Chase Bank, N.A. account ********4365 | 9999-000 | 1,952.76 | | 1,952.76 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 1,952.85 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.11 | | 1,952.96 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.12 | | 1,953.08 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.11 | | 1,953.19 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.12 | | 1,953.31 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,953.32 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,953.33 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,953.34 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,953.35 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,953.36 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,953.37 |
| 03/17/11 | | From Account #9200******4367 | Account Transfer- consolidate funds | 9999-000 | 45,509.04 | | 47,462.41 |
| 03/17/11 | | To Account #9200******4366 | Bond Premium | 9999-000 | | 37.51 | 47,424.90 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 47,425.08 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 47,425.46 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 47,425.85 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 47,426.23 |
| 07/13/11 | | To Account #9200******4366 | Account Transfer- interim compensation | 9999-000 | | 6,224.06 | 41,202.17 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 41,202.53 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 84.13 | 41,118.40 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 41,118.74 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 95.78 | 41,022.96 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.82 | 41,025.78 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 41,026.11 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 84.29 | 40,941.82 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 40,942.16 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 81.32 | 40,860.84 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 40,861.17 |
| 12/21/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.22 | | 40,861.39 |
| 12/21/11 | | To Account #9200******4366 | Close account and transfer for final distributions | 9999-000 | | 40,861.39 | 0.00 |

Subtotals :   $47,465.66    $47,465.66

{} Asset reference(s)

Printed: 02/01/2012 07:19 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 09-00029 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | MISSION BAY MULTISPORTS, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******43-65 - Money Market Account |
| Taxpayer ID #: | **-***9964 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/01/12 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 47,465.66 | 47,465.66 | $0.00 |
| | | | Less: Bank Transfers | | 47,461.80 | 47,122.96 | |
| | | | **Subtotal** | | **3.86** | **342.70** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3.86** | **$342.70** | |

{} Asset reference(s)

Printed: 02/01/2012 07:19 AM   V.12.57

Exhibit 9

## FORM 2

### Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 09-00029  
**Case Name:** MISSION BAY MULTISPORTS, INC.  
**Taxpayer ID #:** **-***9964  
**Period Ending:** 02/01/12

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******43-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/23/10 | | From Account #9200******4367 | Account Transfer | 9999-000 | 1,458.10 | | 1,458.10 |
| 04/26/10 | 10110 | ALAN D. LASKO & ASSOCIATES, P.C. | Accountants fees and expenses | | | 1,458.10 | 0.00 |
| | | | 1,441.20 | 3410-000 | | | 0.00 |
| | | | 16.90 | 3420-000 | | | 0.00 |
| 03/17/11 | | From Account #9200******4365 | Bond Premium | 9999-000 | 37.51 | | 37.51 |
| 03/21/11 | 10111 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 37.51 | 0.00 |
| 07/13/11 | | From Account #9200******4365 | Account Transfer- interim compensation | 9999-000 | 6,224.06 | | 6,224.06 |
| 07/15/11 | 10112 | ALAN D. LASKO & ASSOCIATES, P.C. | Third interim award of fees and expenses, per o/c 7-13-11 | | | 799.88 | 5,424.18 |
| | | | 790.50 | 3410-000 | | | 5,424.18 |
| | | | 9.38 | 3420-000 | | | 5,424.18 |
| 07/15/11 | 10113 | SHAW GUSSIS FISHMAN GLANTZ | First award of interim fees and expenses per o/c 7-13-11 | | | 5,424.18 | 0.00 |
| | | | 5,196.00 | 3110-000 | | | 0.00 |
| | | | 228.18 | 3120-000 | | | 0.00 |
| 12/21/11 | | From Account #9200******4365 | Close account and transfer for final distributions | 9999-000 | 40,861.39 | | 40,861.39 |
| 12/22/11 | 10114 | SHAW GUSSIS FISHMAN GLANTZ | Dividend paid 100.00% on $420.00, Attorney for Trustee Fees (Trustee Firm);  Reference:<br>Voided on 12/22/11 | 3110-000 | | 420.00 | 40,441.39 |
| 12/22/11 | 10114 | SHAW GUSSIS FISHMAN GLANTZ | Dividend paid 100.00% on $420.00, Attorney for Trustee Fees (Trustee Firm);  Reference:<br>Voided: check issued on 12/22/11 | 3110-000 | | -420.00 | 40,861.39 |
| 12/22/11 | 10115 | ALAN D. LASKO & ASSOCIATES, P.C. | Dividend paid 100.00% on $1,224.00, Accountant for Trustee Fees (Other Firm); Reference:<br>Voided on 12/22/11 | 3410-000 | | 1,224.00 | 39,637.39 |
| 12/22/11 | 10115 | ALAN D. LASKO & ASSOCIATES, P.C. | Dividend paid 100.00% on $1,224.00, Accountant for Trustee Fees (Other Firm); Reference:<br>Voided: check issued on 12/22/11 | 3410-000 | | -1,224.00 | 40,861.39 |
| 12/22/11 | 10116 | ALAN D. LASKO & ASSOCIATES, P.C. | Dividend paid 100.00% on $17.80, Accountant for Trustee Expenses (Other Firm);  Reference:<br>Voided on 12/22/11 | 3420-000 | | 17.80 | 40,843.59 |
| 12/22/11 | 10116 | ALAN D. LASKO & ASSOCIATES, P.C. | Dividend paid 100.00% on $17.80, Accountant for Trustee Expenses (Other Firm);  Reference:<br>Voided: check issued on 12/22/11 | 3420-000 | | -17.80 | 40,861.39 |
| 12/22/11 | 10117 | Mike Wilford | 100.00% dividend on Claim # 2, Ref: | 5600-000 | | 2,315.25 | 38,546.14 |

Subtotals :   $48,581.06   $10,034.92

{} Asset reference(s)

Printed: 02/01/2012 07:19 AM   V.12.57

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

**Case Number:** 09-00029  
**Case Name:** MISSION BAY MULTISPORTS, INC.  

**Taxpayer ID #:** **-***9964  
**Period Ending:** 02/01/12

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******43-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided on 12/22/11 | | | | |
| 12/22/11 | 10117 | Mike Wilford | 100.00% dividend on Claim # 2, Ref: Voided: check issued on 12/22/11 | 5600-000 | | -2,315.25 | 40,861.39 |
| 12/22/11 | 10118 | Erich M Schmidt | 100.00% dividend on Claim # 4, Ref: Voided on 12/22/11 | 5600-000 | | 200.00 | 40,661.39 |
| 12/22/11 | 10118 | Erich M Schmidt | 100.00% dividend on Claim # 4, Ref: Voided: check issued on 12/22/11 | 5600-000 | | -200.00 | 40,861.39 |
| 12/22/11 | 10119 | Gerardo Fitz-Gibbon | 100.00% dividend on Claim # 5, Ref: Voided on 12/22/11 | 5600-000 | | 670.34 | 40,191.05 |
| 12/22/11 | 10119 | Gerardo Fitz-Gibbon | 100.00% dividend on Claim # 5, Ref: Voided: check issued on 12/22/11 | 5600-000 | | -670.34 | 40,861.39 |
| 12/22/11 | 10120 | Illinois Department of Revenue | 100.00% dividend on Claim # 13, Ref: Voided on 12/22/11 | 5800-000 | | 1,699.00 | 39,162.39 |
| 12/22/11 | 10120 | Illinois Department of Revenue | 100.00% dividend on Claim # 13, Ref: Voided: check issued on 12/22/11 | 5800-000 | | -1,699.00 | 40,861.39 |
| 12/22/11 | 10121 | Discover Bank/DFS Services LLC | 14.69% dividend on Claim # 1, Ref: Voided on 12/22/11 | 7100-000 | | 637.92 | 40,223.47 |
| 12/22/11 | 10121 | Discover Bank/DFS Services LLC | 14.69% dividend on Claim # 1, Ref: Voided: check issued on 12/22/11 | 7100-000 | | -637.92 | 40,861.39 |
| 12/22/11 | 10122 | Louis Garneau | 14.69% dividend on Claim # 3, Ref: Voided on 12/22/11 | 7100-000 | | 407.05 | 40,454.34 |
| 12/22/11 | 10122 | Louis Garneau | 14.69% dividend on Claim # 3, Ref: Voided: check issued on 12/22/11 | 7100-000 | | -407.05 | 40,861.39 |
| 12/22/11 | 10123 | Liqer LLC | 14.69% dividend on Claim # 6, Ref: Voided on 12/22/11 | 7100-000 | | 1,002.92 | 39,858.47 |
| 12/22/11 | 10123 | Liqer LLC | 14.69% dividend on Claim # 6, Ref: Voided: check issued on 12/22/11 | 7100-000 | | -1,002.92 | 40,861.39 |
| 12/22/11 | 10124 | Blue Seventy | 14.69% dividend on Claim # 7, Ref: Voided on 12/22/11 | 7100-000 | | 3,260.72 | 37,600.67 |
| 12/22/11 | 10124 | Blue Seventy | 14.69% dividend on Claim # 7, Ref: Voided: check issued on 12/22/11 | 7100-000 | | -3,260.72 | 40,861.39 |
| 12/22/11 | 10125 | RAVX Inc | 14.69% dividend on Claim # 8, Ref: Voided on 12/22/11 | 7100-000 | | 119.61 | 40,741.78 |
| 12/22/11 | 10125 | RAVX Inc | 14.69% dividend on Claim # 8, Ref: Voided: check issued on 12/22/11 | 7100-000 | | -119.61 | 40,861.39 |
| 12/22/11 | 10126 | GITA Sporting Goods | 14.69% dividend on Claim # 9, Ref: Voided on 12/22/11 | 7100-000 | | 2,117.67 | 38,743.72 |
| 12/22/11 | 10126 | GITA Sporting Goods | 14.69% dividend on Claim # 9, Ref: Voided: check issued on 12/22/11 | 7100-000 | | -2,117.67 | 40,861.39 |

Subtotals : $0.00    $-2,315.25

{} Asset reference(s)

Printed: 02/01/2012 07:19 AM    V.12.57

Exhibit 9

# FORM 2

Page: 8

## Cash Receipts And Disbursements Record

**Case Number:** 09-00029  
**Case Name:** MISSION BAY MULTISPORTS, INC.  
**Taxpayer ID #:** **-***9964  
**Period Ending:** 02/01/12  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******43-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/11 | 10127 | Linda Post | 14.69% dividend on Claim # 10, Ref: Voided on 12/22/11 | 7100-000 | | 20,342.56 | 20,518.83 |
| 12/22/11 | 10127 | Linda Post | 14.69% dividend on Claim # 10, Ref: Voided: check issued on 12/22/11 | 7100-000 | | -20,342.56 | 40,861.39 |
| 12/22/11 | 10128 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST Voided on 12/22/11 | 2100-000 | | 6,426.55 | 34,434.84 |
| 12/22/11 | 10128 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST Voided: check issued on 12/22/11 | 2100-000 | | -6,426.55 | 40,861.39 |
| 12/22/11 | 10129 | SHAW GUSSIS FISHMAN GLANTZ | Dividend paid 100.00% on $420.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 420.00 | 40,441.39 |
| 12/22/11 | 10130 | ALAN D. LASKO & ASSOCIATES, P.C. | Accountants fees | 3410-000 | | 1,224.00 | 39,217.39 |
| 12/22/11 | 10131 | ALAN D. LASKO & ASSOCIATES, P.C. | Dividend paid 100.00% on $17.80, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 17.80 | 39,199.59 |
| 12/22/11 | 10132 | Mike Wilford | 100.00% dividend on Claim # 2, Ref: Stopped on 01/13/12 | 5600-000 | | 2,315.25 | 36,884.34 |
| 12/22/11 | 10133 | Erich M Schmidt | 100.00% dividend on Claim # 4, Ref: | 5600-000 | | 200.00 | 36,684.34 |
| 12/22/11 | 10134 | Gerardo Fitz-Gibbon | 100.00% dividend on Claim # 5, Ref: Voided on 12/22/11 | 5600-000 | | ! 670.34 | 36,014.00 |
| 12/22/11 | 10134 | Gerardo Fitz-Gibbon | 100.00% dividend on Claim # 5, Ref: Voided: check issued on 12/22/11 | 5600-000 | | ! -670.34 | 36,684.34 |
| 12/22/11 | 10135 | Illinois Department of Revenue | 100.00% dividend on Claim # 13, Ref: | 5800-000 | | 1,699.00 | 34,985.34 |
| 12/22/11 | 10136 | Discover Bank/DFS Services LLC | 14.69% dividend on Claim # 1, Ref: | 7100-000 | | 637.92 | 34,347.42 |
| 12/22/11 | 10137 | Louis Garneau | 14.69% dividend on Claim # 3, Ref: | 7100-000 | | 407.05 | 33,940.37 |
| 12/22/11 | 10138 | Liqer LLC | 14.69% dividend on Claim # 6, Ref: | 7100-000 | | 1,002.92 | 32,937.45 |
| 12/22/11 | 10139 | Blue Seventy | 14.69% dividend on Claim # 7, Ref: | 7100-000 | | 3,260.72 | 29,676.73 |
| 12/22/11 | 10140 | RAVX Inc | 14.69% dividend on Claim # 8, Ref: | 7100-000 | | 119.61 | 29,557.12 |
| 12/22/11 | 10141 | GITA Sporting Goods | 14.69% dividend on Claim # 9, Ref: | 7100-000 | | 2,117.67 | 27,439.45 |
| 12/22/11 | 10142 | Linda Post | 14.69% dividend on Claim # 10, Ref: | 7100-000 | | 20,342.56 | 7,096.89 |
| 12/22/11 | 10143 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 6,426.55 | 670.34 |
| | | | 6,382.34 | 2100-000 | | | 670.34 |
| | | | 44.21 | 2200-000 | | | 670.34 |

Subtotals :    $0.00    $40,191.05

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 02/01/2012 07:19 AM    V.12.57

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-00029 | | **Trustee:** | RICHARD M. FOGEL (330720) |
| **Case Name:** | MISSION BAY MULTISPORTS, INC. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******43-66 - Checking Account |
| **Taxpayer ID #:** | **-***9964 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 02/01/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/22/11 | 10144 | Gerardo Fitz-Gibbon | 100.00% dividend on Claim #5 | 5600-000 | | 670.34 | 0.00 |
| 01/13/12 | 10132 | Mike Wilford | 100.00% dividend on Claim # 2, Ref: Stopped: check issued on 12/22/11 | 5600-000 | | -2,315.25 | 2,315.25 |
| 01/16/12 | 10145 | Mike Wilford | 100.00% dividend on Claim # 2 | 5600-000 | | 2,315.25 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 48,581.06 | 48,581.06 | $0.00 |
| | | | Less: Bank Transfers | | 48,581.06 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 48,581.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$48,581.06** | |

{} Asset reference(s)

Printed: 02/01/2012 07:19 AM    V.12.57

Exhibit 9

## Form 2

Page: 10

### Cash Receipts And Disbursements Record

**Case Number:** 09-00029  
**Case Name:** MISSION BAY MULTISPORTS, INC.  
**Taxpayer ID #:** **-***9964  
**Period Ending:** 02/01/12

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******43-67 - MMA- Proceeds of sale  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4367 | Wire in from JPMorgan Chase Bank, N.A. account ********4367 | 9999-000 | 46,951.76 | | 46,951.76 |
| 04/23/10 | | To Account #9200******4366 | Account Transfer | 9999-000 | | 1,458.10 | 45,493.66 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.22 | | 45,495.88 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.71 | | 45,498.59 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.62 | | 45,501.21 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.70 | | 45,503.91 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.70 | | 45,506.61 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.37 | | 45,506.98 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 45,507.36 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.37 | | 45,507.73 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 45,508.11 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 45,508.49 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 45,508.83 |
| 03/17/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.21 | | 45,509.04 |
| 03/17/11 | | To Account #9200******4365 | Account Transfer- consolidate funds | 9999-000 | | 45,509.04 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 46,967.14 | 46,967.14 | $0.00 |
| | | Less: Bank Transfers | | | 46,951.76 | 46,967.14 | |
| | | **Subtotal** | | | 15.38 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$15.38** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****43-65** | 2,600.07 | 0.00 | 0.00 |
| **Checking # ***-*****43-66** | 60,000.00 | 13,723.51 | 0.00 |
| **MMA # ***-*****43-67** | 27.96 | 0.00 | 0.00 |
| **MMA # 9200-******43-65** | 3.86 | 342.70 | 0.00 |
| **Checking # 9200-******43-66** | 0.00 | 48,581.06 | 0.00 |
| **MMA # 9200-******43-67** | 15.38 | 0.00 | 0.00 |
| | **$62,647.27** | **$62,647.27** | **$0.00** |

{} Asset reference(s)

Printed: 02/01/2012 07:19 AM   V.12.57